**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ROBERT SUTTON, individually and on behalf of others similarly situated

  Plaintiff,

v.              Case No: 2:19-cv-531-SPC-MRM

LOUIS BRUNO LLC and LOUIS BRUNO,

  Defendants.
_____/

## **ORDER**[1]

Before the Court is the parties' oral notice of settlement stated at today's final pretrial conference. Trial is set to start next week in this wage and hour suit. But the parties have now advised that they have settled all claims. They have thus asked the Court to keep this case open for 60 days for them to file their settlement papers and for Plaintiff to be paid. The parties also have orally consented to the assigned United States Magistrate Judge handling all remaining matters including the Court's review of their settlement.

  Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

(1) The parties are **DIRECTED** to file their settlement papers on or before **May 10, 2021 at noon** for the Court to conduct its review under *Lynn's Food Store, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

(2) The case remains open until further Court order.

(3) If the parties still wish to consent to the assigned United States Magistrate Judge, they must file the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form found on the Court's website on or before **May 10, 2021 at noon**.

**DONE** and **ORDERED** in Fort Myers, Florida on May 6, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  United States Magistrate Judge Mac R. McCoy
All Parties of Record